ARNDORFER LAW FIRM, P.C.
Brad L. Arndorfer
1921 First Avenue North
Billings, MT 59101
(406) 252-3911

Attorney for Plaintiffs.

**MONTANA THIRTEENTH JUDICIAL DISTRICT, YELLOWSTONE COUNTY**

| | |
|---|---|
| SHERRY FLOR, as personal representative of the Estate Of Richard Giles Flor,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, SHELBY PRISON,<br><br>Defendants. | Case No. DV 15-0570<br><br>JUDGE<br>RUSSELL C. FAGG<br><br>CV-15-47-BLG-SPW-CSO<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

### INTRODUCTION

1.  Plaintiff is a duly appointed personal representative of the Estate of Richard Flor.

2.  The defendant is a corporation authorized to do business in the state of Montana which is engaged in the business of incarcerating people by contract with governmental entities.

3.  The defendant does business in Montana as Crossroads Correctional Facility in Shelby, MT., hereinafter CCA.

Complaint                                                ARNDORFER LAW FIRM, P.C.

4.   Their business address and Agent for Service of Process is in Billings, MT.

5.   On April 19, 2012, Richard Flor was sentenced to a term of sixty (60) months in Federal Prison.

6.   Richard Flor had numerous physical health issues prior to his arrest, and part of his known problems.

7.   Richard Flor was eventually transferred to "CCA", in Shelby, Montana.

8.   While incarcerated in CCA, Richard Flor made numerous medical requests for medical treatment, by writing medical request "kites" to employees of CCA.

9.   His family also called and notified the staff and administration numerous times he was suffering from extreme pain and was disabled.

10.  While incarcerated at the defendant's facility Richard Flor suffered from cancer, undiagnosed, and was unable to properly care for himself or feed himself.

11.  Despite his obvious distress his care was left to inmates as the staff refused and failed to get any proper medical care or take care of Mr. Flor.

12.  Mr. Flor was at the facility only until such time as a bed date was made at a medical facility in the federal system. Because of this the defendant refused to treat this necessary medical issues and instead left him to suffer without care.

13. Mr. Flor was finally transported from the facility and was flown to Las Vegas Nevada as a temporary stop on his journey to the medical facility.

14. Richard Flor died on/or about August 29, 2012, at the University Medical Center, in Las Vegas, Nevada as he was rushed to the hospital after flying from the defendant's facility from his undiagnosed and untreated cancer.

15. The defendant had a duty to provide reasonable care for Richard Flor.

16. The defendant breached its duty to provide reasonable care when Richard Flor and his family continuously requested and demanded proper medical care but he was denied treatment.

17. That the treatment was so outrageous that punitive damages are needed to teach CCA not to treat people in this manner.

WHEREFORE the plaintiff respectfully requests that the plaintiff be awarded damages as follows:

1. Damages for survival action and wrongful death because of such negligence.

2. For punitive damages.

3. For costs of suit and for such other and further relief as court deems just.

**DEMAND IS HEREBY MADE FOR JURY TRIAL**

Dated this ___6___ day of May, 2015.

                                  BRAD L. ARNDORFER