UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SHERRY FLOR, as personal representative of the Estate of Richard Giles Flor,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, SHELBY PRISON,<br><br>Defendant. | Case No. CV-15-47-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

JUDGMENT ENTERED IN FAVOR OF CORRECTIONS CORPORATION OF AMERICA, SHELBY PRISON, AGAINST SHERRY FLOR, as personal representative of the Estate of Richard Giles Flor.

Dated this 4th day of November, 2016.

                                                 TYLER P. GILMAN, CLERK

                                                 By: /s/ A. Carrillo
                                                 A. Carrillo, Deputy Clerk